**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br> v.<br><br>CLAUDE CHI, ET AL.,<br><br>        Defendants. | Case No. 22-00261-01/03-CR-W-RK |

**GOVERNMENT'S RULE 902 NOTICE OF INTENT TO
<u>INTRODUCE CERTIFIED AND SELF-AUTHENTICATING RECORDS</u>**

The United States provides written notice, under Rule 902, that it intends to introduce the following certified and self-authenticating records at trial:

(1) Certified copies of business records obtained from eBay, Inc.

Copies of these certified records have been produced to the defendants in discovery.

                Respectfully submitted,

                R. Matthew Price
                United States Attorney

          By  /s/Sean T. Foley

                Sean T. Foley
                Assistant United States Attorney

                /s/Joseph M. Marquez

                Joseph M. Marquez
                Assistant United States Attorney
                Charles Evans Whittaker Courthouse
                400 East Ninth Street, Suite 5510
                Kansas City, Missouri 64106
                Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on November 3, 2025, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

/s/Sean T. Foley
Sean T. Foley
Assistant United States Attorney