# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 22-00261-01/03-CR-W-RK |
| | ) |
| CLAUDE NGENEVU CHI, FRANCIS CHENYI SR., and LAH NESTOR LANGMI, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On November 18, 2022, the Grand Jury returned a four-count Indictment charging the Defendants Claude Ngenevu Chi, Francis Chenyi, Sr., and Lah Nestor Langmi with conspiracy to provide material support or resources in preparation for and carrying out a conspiracy to kill, kidnap, and maim persons in a foreign country and conspiracy to use a weapon of mass destruction outside of the United States (Count One), receiving money from a ransom demand (Count Three), and conspiracy to launder monetary instruments (Count Four). Additionally, Defendants Chi and Chenya, Sr. are charged with providing material support or resources in preparation for and carrying out a conspiracy to use a weapon of mass destruction outside of the United States (Count Two).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Joseph M. Marquez, Sean T. Foley, and John Constance
        Case Agent: FBI Special Agent Jacob Greene
        Paralegal: Rob Mayo
    Defense:
        Defendant Chi: Stephen C. Moss
        Defendant Chenyi: Jackson Hobbs
        Defendant Langmi: J. Lindsey Ikram

**CERTIFICATE OF COMPLIANCE:** The Government and defense counsel have certified that each have produced all discovery in accordance with the deadlines established in the Arraignment and Discovery Order and have timely complied with all pretrial filing deadlines established by the Scheduling and Trial Order up to the date of the pretrial conference.

**OUTSTANDING MOTIONS**:

| 11/03/2025 | view179 | *Motion to Dismiss Count Three of the Indictment without prejudice by USA as to Claude Ngenevu Chi, Francis Chenyi, Sr, Lah Nestor Langmi (Foley, Sean) Modified on 11/4/2025 to correct the name of the filing. The NEF Will be regenerated. (TRC). (Entered: 11/03/2025) |
|---|---|---|

**TRIAL WITNESSES**:
    Government: 11-12 with stipulations; 15 without stipulations
    Defendant Chi: no more than 10, including the Defendant
    Defendant Chenyi: no more than 10, including the Defendant
    Defendant Langmi: no more than 10, including the Defendant

**TRIAL EXHIBITS:**
    Government: approximately 250-300 exhibits
    Defendant Chi: no more than 50 exhibits
    Defendant Chenyi: no more than 50 exhibits
    Defendant Langmi: no more than 50 exhibits

**DEFENSES**: General denial. Possibly renew defenses already ruled upon in the various motions in limine.

**POSSIBLE DISPOSITION**:
    Defendant Chi: likely a plea will be worked out
    Defendant Chenyi: definitely for trial
    Defendant Langmi: possibly for trial

**TRIAL TIME: 8-10 days total**
    Government's case including jury selection: 4-5 day(s)
    Defendant Chenyi: 4-5 days for defense's case in chief

**STIPULATIONS**: The parties are discussing stipulations.

**UNUSUAL QUESTIONS OF LAW:** None.

**FILING DEADLINES:** The parties are reminded of the following pretrial filing deadlines as originally set forth in the Scheduling and Trial Order (Doc. #72):

    **Witness and Exhibit Lists: Due no later than fourteen days prior to trial.**

    Please note: Counsel are requested to list witnesses in alphabetical order on their witness list.

    **Motion in Limine: Due no later than fourteen days prior to trial.**

**Stipulations: Due no later than fourteen days prior to trial.**

**Additionally, Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions are due no later than seven days prior to trial.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

**TRIAL SETTING**: Criminal jury trial docket set for December 1, 2025.

Normal jury panel: Yes

**Please note:** Due to the length of the trial, the Court believes the matter should be set on the first week of the trial docket. Additionally, counsel for Defendant Chi requests the first week of the docket due to airline reservations on the Wednesday of the second week.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Lajuana M. Counts*
　　　　　　　　　　　　　　　　　　　　　　　　Lajuana M. Counts
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge